# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| ERIC HOSEY-BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 5:21-cv-01227-AMM-NAD |
| | ) |
| APRIL DELUNA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report on August 15, 2023, recommending the dismissal without prejudice of Plaintiff Eric Hosey-Bey's claims against Defendants Kay Ivey, Jefferson Dunn, Dr. Jeana Blalock, Jeremy Havas, Jane Doe II, P. Washington, Taylor McElroy, and Joseph Merchant under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. Doc. 31 at 23. The Magistrate Judge further recommended dismissing Mr. Hosey-Bey's claims against April Deluna, Vada Quick, Jane Doe I, and Lieutenant Whitfield in their official capacities under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. *Id*. Finally, the Magistrate Judge recommended referring Mr. Hosey-Bey's Eighth Amendment claims against Defendants Deluna, Quick, Jane Doe I, and Whitfield in their individual capacities to the Magistrate Judge for further proceedings.

Although the Magistrate Judge advised Mr. Hosey-Bey of his right to file specific written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court **ORDERS** that Mr. Hosey-Bey's claims against Defendants Kay Ivey, Jefferson Dunn, Dr. Jeana Blalock, Jeremy Havas, Jane Doe II, P. Washington, Taylor McElroy, and Joseph Merchant, and Mr. Hosey-Bey's claims against the remaining defendants in their official capacities are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that Mr. Hosey-Bey's Eighth Amendment claims against Defendants Deluna, Quick, Jane Doe I, and Whitfield in their individual capacities are **REFERRED** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 8th day of September, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE